UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADAL KAID,

        USDC Case No: 2:09-cv-11949

    Plaintiff,

vs.

LIBERTY MUTUAL GROUP,

    Defendant.
_____/

| | |
|---|---|
| MARC A. GOLDMAN (P24024) | Jerald Van Hellemon (P32173) |
| Attorney for Plaintiff | Christine Sutton (P61005) |
| 30300 Northwestern Highway, Suite 312 | Attorneys for Defendant |
| Farmington Hills, MI 48334 | 25900 Greenfield, Suite 326 |
| (248) 932-3500 | Oak Park, MI 48237 |
| mgoldman@marcagoldman.com | 248.968.5200 |
| | jvh@vanhewpc.com |
| | christine@vanhewpc.com |

_____/

**ORDER GRANTING PARTIAL SUMMARY JUDGMENT**
**AND FOR ALLOWANCE OF AMENDED COMPLAINT**

    At a session of said Court, held in the City of
    Detroit, County of Wayne, State of Michigan
    on _____

    PRESENT: HON: _____
                    U.S. DISTRICT COURT JUDGE

    This matter having come before the Court on Defendant's Motion for Partial Summary Judgment and the Court being fully advised in the premises:

    IT IS HEREBY ORDERED AND ADJUDGED that Defendant's Motion for Partial Summary Judgment is hereby granted and that Plaintiff be allowed to file the amended complaint without costs or attorney fees to either party within 10 days.

      s/Patrick J. Duggan
      Patrick J. Duggan
      United States District Judge

Dated: September 22, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 22, 2009, electronic and/or ordinary mail.

      s/Marilyn Orem
      Case Manager

We stipulate to the foregoing:

| | |
|---|---|
| /s/ Marc A. Goldman | /s/ Jerald Van Hellemon |
| MARC A. GOLDMAN (P24024) | Jerald Van Hellemon (P32173) |
| Attorney for Plaintiff | Attorneys for Defendant |

2