UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADAL KAID,
        Plaintiff,                      USDC Case No: *2:09-cv-11949*

vs.                                         Hon. Patrick J. Duggan

LIBERTY MUTUAL GROUP,
a foreign corporation,
        Defendant.
_____/

| MARC A. GOLDMAN AND ASSOC. P.C. | HEWSON & VAN HELLEMONT, P.C. |
|---|---|
| By: Marc A. Goldman (P24024) | By: Jerald Van Hellemont (P32173) |
| 30300 Northwestern Highway, Suite 312 |     Christine Sutton (P61005) |
| Farmington Hills, MI 48334 | 25900 Greenfield, Suite 326 |
| (248) 932-3500 | Oak Park, MI 48237 |
| mgoldman@marcagoldman.com | (248) 968-5200 |
| | jvh@vanhewpc.com |
| | christine@vanhewpc.com |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

At a session of said Court held in the Courthouse located in
the City of Detroit, County of Wayne, State of Michigan
on  April 8, 2010.

Present:  HONORABLE  PATRICK  J. DUGGAN
                      U.S. DISTRICT COURT JUDGE

Pursuant to the stipulation of the parties through their respective counsel below:

**IT IS HEREBY ORDERED AND ADJUDGED** that the above entitled cause be and hereby is dismissed with prejudice and without costs to any of the parties. The Court retains jurisdiction for the sole purpose of enforcing or interpreting any issue surrounding the settlement agreement of the parties.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: April 8, 2010
I hereby certify that a copy of the foregoing document was served upon counsel of record on April 8, 2010, by electronic and/or ordinary mail.
        s/Marilyn Orem
        Case Manager

We stipulate to entry of the within Order.

| /s/ Marc A. Goldman | /s/ Jerald Van Hellemont |
|---|---|
| Marc A. Goldman (P24024) | Jerald Van Hellemont (P32173) |
| Attorney for Plaintiff | Attorney for Defendant |